UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.

RAYMOND D. ARLOZYNSKI,

    Plaintiff,

v.

WELTMAN, WEINBERG & REIS CO., L.P.A.,
and LVNV FUNDING, LLC,

    Defendants.
_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant, WELTMAN, WEINBERG & REIS CO, L.P.A., placed telephone calls and sent letters into this District on behalf of Defendant, LVNV FUNDING, LLC.

## PARTIES

3. Plaintiff, RAYMOND D. ARLOZYNSKI, is a natural person, and citizen of the State of Florida, residing in Pasco County, Florida.

4. Defendant, WELTMAN, WEINBERG & REIS CO., L.P.A. ("WELTMAN") is a limited partnership and citizen of the State of Ohio with its principal place of business at Suite 200, 323 West Lakeside Avenue, Cleveland, Ohio 44113.

5. Defendant, LVNV FUNDING, LLC ("LVNV"), is a Delaware limited liability company, and all of its members are citizens of the State of South Carolina, with its principle place of business at Suite 206, 200 Meeting Street, Charleston, South Carolina 29401.

6. Defendant, WELTMAN, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

7. Defendant, LVNV, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant, WELTMAN, regularly collects or attempts to collect debts for other parties.

9. Defendant, LVNV, is a "debt collector" as defined in the FDCPA.

10. Defendant, WELTMAN, is a "debt collector" as defined in the FDCPA.

11. Defendant, WELTMAN, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

12. Defendant, LVNV, authorized Defendant, WELTMAN, to collect the alleged debt from Plaintiff by placing telephone calls and sending letters on its behalf to Plaintiff.

13. Defendant, WELTMAN, sent letters and placed telephone calls to Plaintiff in an effort to collect the alleged debt on behalf of LVNV.

14. Defendant, LVNV, conveyed information to Plaintiff regarding the alleged debt through Defendant, WELTMAN's telephone calls to Plaintiff.

15. By virtue of its status as a debt collector, LVNV, is vicariously liable to Plaintiff and the class for WELTMAN's violations of the FDCPA. See *Pollice v. National Tax Funding, L.P.*, 225 F.3d 379, 405 (3d Cir. Pa. 2000); *McCorriston v. L.W.T., Inc.*, 2008 U.S. Dist. LEXIS 60006, 11-12 (M.D. Fla. Aug. 7, 2008); *Schutz v. Arrow Fin. Servs., LLC*, 465 F. Supp. 2d 872, 876 (N.D. Ill. 2006).

## FACTUAL ALLEGATIONS

16. Defendants sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

17. Defendant, WELTMAN, left the following messages on Plaintiff's residential voice mail on or about the dates stated:

> August 23, 2010 at 4:14 PM – Pre-Recorded Message
> We're calling from Weltman, Weinberg & Reis with a very important message for Raymond Arlozynski. Upon receipt of this message, please contact Weltman, Weinberg & Reis at 1-800-286-9403. If you believe you've received this call in error please contact Weltman, Weinberg & Reis at 1-800-286-9403. Thank you.

3

<u>September 8, 2010 at 7:31 PM</u>
This message is for Raymond Arlozynski. This is Mr. Spencer with Weltman, Weinberg & Reis. Please return my call at 800-286-9403, extension 5163.

<u>September 16, 2010 at 3:00 PM</u>
This message is for Raymond Arlozynski. This is Lidia from Weltman, Weinberg & Reis. I need a return call today at 800-286-9403. My extension is 5095.

18. Defendant, WELTMAN, left similar or identical messages on other occasions. (Collectively, "the telephone messages").

19. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

20. Defendant, WELTMAN, failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

21. Plaintiff incorporates Paragraphs 1 through 20.

22. Defendant, WELTMAN, failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan*

4

*Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, WELTMAN, WEINBER & REIS CO., L.P.A. and LVNV FUNDING, LLC for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

23. Plaintiff incorporates Paragraphs 1 through 20.

24. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.*, 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.*, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, WELTMAN, WEINBER & REIS CO., L.P.A. and LVNV FUNDING, LLC for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>By:_____
>Donald A. Yarbrough, Esq.
>Florida Bar No. 0158658